IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES L. DEAN, | ) | 4:09CV3144 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RICHARD T. SMITH, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | 4:09CV3146 |
| KATHLEEN A. GONZALEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RICHARD T. SMITH, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | 4:09CV3147 |
| THOMAS W. WINSLOW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RICHARD T. SMITH, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | 4:09CV3148 |
| ADA JOANN TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RICHARD T. SMITH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Following a telephone conference with counsel,

IT IS ORDERED that:

1. Defendants' motions to stay discovery (4:09cv3144 filing 64, 4:09cv3146 filing 76, 4:09cv3147 filing 74, 4:09cv3148 filing 74) are granted: All discovery in these cases shall be stayed until 30 days after the court rules on Defendants' pending motions for summary judgment.

2. Plaintiffs' motions to compel (4:09cv3144 filing 67, 4:09cv3146 filing 79, 4:09cv3147 filing 77, 4:09cv3148 filing 77) are denied.

3. Plaintiffs' motions for an enlargement of time (4:09cv3144 filing 69, 4:09cv3146 filing 81, 4:09cv3147 filing 79, 4:09cv3148 filing 79) are granted to a limited extent, but otherwise are denied: Plaintiffs shall have 90 days from today's date to respond to Defendants' motions for summary judgment. Defendants shall have 30 days thereafter to reply.

August 9, 2010.                    BY THE COURT:

                                   *Richard G. Kopf*
                                   United States District Judge