IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES L. DEAN, | ) | 4:09CV3144 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RICHARD T. SMITH, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | 4:09CV3146 |
| KATHLEEN A. GONZALEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RICHARD T. SMITH, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | 4:09CV3147 |
| THOMAS W. WINSLOW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RICHARD T. SMITH, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | 4:09CV3148 |
| ADA JOANN TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RICHARD T. SMITH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that Plaintiffs' second motions for an enlargement of time (4:09cv3144 filing 101, 4:09cv3146 filing 103, 4:09cv3147 filing 101, 4:09cv3148 filing 101) are granted, as follows:

Plaintiffs shall have until November 22, 2010, to respond to Defendants' motions for summary judgment. Defendants shall have 30 days thereafter to reply.

November 3, 2010.                    BY THE COURT:

                                               *Richard G. Kopf*
                                               United States District Judge