IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES L. DEAN, | ) | 4:09CV3144 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RICHARD T. SMITH, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| ──────────────────────── | ) | |
| | ) | 4:09CV3146 |
| KATHLEEN A. GONZALEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RICHARD T. SMITH, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| ──────────────────────── | ) | |
| | ) | 4:09CV3147 |
| THOMAS W. WINSLOW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RICHARD T. SMITH, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| ──────────────────────── | ) | |
| | ) | 4:09CV3148 |
| ADA JOANN TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RICHARD T. SMITH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1. Defendants' motions for an enlargement of time (4:09cv3144 filing 124; 4:09cv3146 filing 126; 4:09cv3147 filing 124; 4:09cv3148 filing 124) are granted, as follows:

   Defendants shall have until January 24, 2011, to file a reply in support of their motions for summary judgment.

2. Plaintiffs' motions to dismiss parties (4:09cv3144 filings 122, 123; 4:09cv3146 filings 114, 125; 4:09cv3147 filings 112, 123; 4:09cv3148 filings 112, 123) are granted, as follows:

   Pursuant to Federal Rule of Civil Procedure 41(a), all claims alleged against Defendant Kent Harlan, in his official and individual capacities, and all claims alleged against Defendant Mark Meints, in his official and individual capacities, are dismissed without prejudice, and such Defendants shall no longer be parties to this action.

December 23, 2010.          BY THE COURT:

                            *Richard G. Kopf*
                            United States District Judge