UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

———————————

No:  11-2882

———————————

Thomas W. Winslow

Plaintiff - Appellant

v.

Richard T. Smith, in his official and individual capacities; Burdette Searcey, Dep., in his official and individual capacities; Gerald Lamkin, Dep., in his official and individual capacities; Jerry O. Dewitt, Sheriff, in his official and individual capacities; Wayne R. Price, PhD., in his official and individual capacities; Gage County Attorney's Office, a Nebraska political subdivision; Gage County Sheriff's Office, a Nebraska political subdivision; County of Gage, Nebraska, a Nebraska political subdivision

Defendants - Appellees

———————————

No:  11-2883

———————————

James L. Dean

Plaintiff - Appellant

v.

Richard T. Smith, in his official and individual capacities; Burdette Searcey, Dep., in his official and individual capacities; Gerald Lamkin, Dep., in his official and individual capacities; Jerry O. Dewitt, Sheriff, in his official and individual capacities; Wayne R. Price, PhD., in his official and individual capacities; Gage County Attorney's Office, a Nebraska political subdivision; Gage County Sheriff's Office, a Nebraska political subdivision; County of Gage, Nebraska, a Nebraska political subdivision

Defendants – Appellees

_____

No:  11-2884
_____

Kathleen A. Gonzalez

Plaintiff - Appellant

v.

Richard T. Smith, in his official and individual capacities; Burdette Searcey, Dep., in his official and individual capacities; Gerald Lamkin, Dep., in his official and individual capacities; Jerry O. Dewitt, Sheriff, in his official and individual capacities; Wayne R. Price, PhD., in his official and individual capacities; Gage County Attorney's Office, a Nebraska political subdivision; Gage County Sheriff's Office, a Nebraska political subdivision; County of Gage, Nebraska, a Nebraska political subdivision

Defendants - Appellees
_____

No:  11-2903
_____

Ada Joann Taylor

Plaintiff - Appellant

v.

Richard T. Smith, in his official and individual capacities; Burdette Searcey, Dep., in his official and individual capacities; Gerald Lamkin, Dep., in his official and individual capacities; Jerry O. Dewitt, Sheriff, in his official and individual capacities; Wayne R. Price, PhD., in his official and individual capacities; Gage County Attorney's Office, a Nebraska political subdivision; Gage County Sheriff's Office, a Nebraska political subdivision; County of Gage, Nebraska, a Nebraska political subdivision

Defendants - Appellees

_____

Appeal from U.S. District Court for the District of Nebraska - Lincoln
(4:09-cv-03147-RGK)
(4:09-cv-03144-RGK)
(4:09-cv-03146-RGK)
(4:09-cv-03148-RGK)
_____

## JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in part, reversed in part, and remanded to the district court for proceedings consistent with the opinion of this court.

October 15, 2012

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
          /s/ Michael E. Gans