# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES L. DEAN, | ) | 4:09CV3144 |
|     Plaintiff, | ) | |
| v. | ) | MEMORANDUM |
| | ) | AND ORDER |
| RICHARD T. SMITH, et al., | ) | |
|     Defendants. | ) | |
| _____ | ) | |
| | ) | |
| KATHLEEN A. GONZALEZ, | ) | 4:09CV3146 |
|     Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| RICHARD T. SMITH, et al., | ) | |
|     Defendants. | ) | |
| _____ | ) | |
| | ) | |
| THOMAS W. WINSLOW, | ) | 4:09CV3147 |
|     Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| RICHARD T. SMITH, et al., | ) | |
|     Defendants. | ) | |
| _____ | ) | |
| | ) | |
| ADA JOANN TAYLOR, | ) | 4:09CV3148 |
|     Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| RICHARD T. SMITH, et al., | ) | |
|     Defendants. | ) | |
| | ) | |

With the issuance of the mandate from the Court of Appeals affirming in part and reversing in part my ruling on summary judgment, I now need to consult with counsel and Judge Zwart regarding further progression of these cases. Therefore,

IT IS ORDERED that a status conference with counsel in my chambers shall be held on Monday, February 4, 2013, at 12:00 noon - 2:00 p.m. Judge Zwart will participate with the undersigned. Counsel shall be prepared to discuss all progression issues and particularly explain what further discovery is needed and when these matters will be ready for trial. It is my intention to get these cases tried as soon as possible and certainly before 2013 comes to an end. It is also my intention to try these cases together and at the same time. Two hours is allocated for this status conference. Counsel should prepare for the status conference with the foregoing thoughts in mind.

January 15, 2013.	BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge