IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES L. DEAN, KATHLEEN A. GONZALEZ,<br><br>          Plaintiffs,<br>vs.<br>GAGE COUNTY, NEBRASKA, et. al,<br><br>          Defendants. | **4:09CV3144**<br><br>**ORDER OF REVIVOR** |
| KATHLEEN A. GONZALEZ,<br><br>          Plaintiff,<br>vs.<br>GAGE COUNTY, NEBRASKA, et. al,<br><br>          Defendants. | **4:09CV3146** |
| THOMAS W. WINSLOW,<br><br>          Plaintiff,<br>vs.<br>GAGE COUNTY, NEBRASKA, et. al,<br><br>         Defendants. | **4:09CV3147** |
| ADA JOANN TAYLOR,<br><br>          Plaintiff,<br>vs.<br>GAGE COUNTY, NEBRASKA, et. al,<br><br>         Defendants. | **4:09CV3148** |

      Jerry O. DeWitt, a defendant in the above-entitled actions, is deceased. Ryan L. Timmerman has been duly appointed as the Personal Representative of the Estate of Jerry O. DeWitt.

Accordingly,

IT IS ORDERED:

1) The joint stipulations and motions of the parties for an order of revivor in the above-captioned cases are granted.

2) Ryan L. Timmerman, Personal Representative of the Estate of Jerry O. DeWitt, is hereby substituted for Jerry O. DeWitt as a defendant in the above-entitled actions. All case captions and the court's docket sheet shall be amended accordingly.

February 5, 2013.                                BY THE COURT:

                                                 *s/ Cheryl R. Zwart*
                                                 United States Magistrate Judge