IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES L. DEAN,<br><br>                Plaintiff,<br><br>vs.<br><br>COUNTY OF GAGE, NEBRASKA, a Nebraska political subdivision, et al,<br><br>                Defendants. | 4:09CV3144<br><br>**MEMORANDUM AND ORDER** |

      The court has reviewed the docket sheet for this case and has concluded there are party name and attorney appearance errors.

      Accordingly, on the court's own motion,

      IT IS ORDERED:

1)     Plaintiff Kathleen Gonzalez, who has never been a plaintiff in this case, and Jeffry D. Patterson, her attorney of record in the related case, 4:09-cv-03146-RGK-CRZ, Gonzalez v. Gage County, Nebraska, shall be terminated on the docket sheet of the above-captioned action.

2)     Robert Bartle, who does not represent James Dean or any other party in the above-captioned action, shall be terminated on the docket sheet of this case.

      February 12, 2013.

                                                                                 BY THE COURT:

                                                                                 *s/ Cheryl R. Zwart*
                                                                                   United States Magistrate Judge