IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DEB SHELDEN,

            Plaintiff,

vs.

COUNTY OF GAGE, NEBRASKA, et al;

            Defendant.

4:11CV3099

MEMORANDUM AND ORDER

IT IS ORDERED:

1)     The plaintiff's motion to consolidate, (Filing No. 24), is granted.

2)     As to all pretrial and trial proceedings, this case is consolidated with:

> 4:09-cv-03144-RGK *Dean v. Gage County et al*
> 4:09-cv-03146-RGK *Gonzalez v. Gage County et al*
> 4:09-cv-03147-RGK *Winslow v. Gage County et al*
> 4:09-cv-03148-RGK *Taylor v. Gage County et al*

3)     *Dean v. Gage County, Nebraska, et al*, 4:09CV3144, is hereby designated as the "Lead Case," and the other four cases are each designated as a "Member Case."

4)     The court's CM/ECF System has the capacity for "spreading" text among consolidated cases. If properly docketed, the documents filed in the Lead Case will automatically be filed in the Member Cases. To this end, the parties are instructed to file in the Lead Case, 4:09CV3144, *Dean v. Gage County, Nebraska, et al*, all further documents except those described in paragraph 5 and to select the option "yes" in response to the System's question of whether to spread the text.

5)     The parties may not use the spread text feature to file complaints, amended complaints, and answers; to pay filing fees electronically using pay.gov; to file items related to service of process; or to file notices of appeal.

6)     If a party believes that an item in addition to those described in paragraph 5 should not be filed in all of these consolidated cases, the party must move

for permission to file the item in only one of the cases. The motion must be filed in all of the consolidated cases using the spread text feature.

7) The clerk shall file this order in in the Lead Case, 4:09CV3144, *Dean v. Gage County, Nebraska,* as a spread text order.

March 5, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge