IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES L. DEAN, | ) | 4:09CV3144 |
| Plaintiff, | ) | |
| v. | ) | |
| RICHARD T. SMITH, et al., | ) | |
| Defendants. | ) | |
| LOIS P. WHITE, as Personal | ) | 4:09CV3145 |
| Representative of the Estate of | ) | |
| Joseph White, deceased, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| COUNTY OF GAGE, NEBRASKA, et al., | ) | |
| Defendants. | ) | |
| KATHLEEN A. GONZALEZ, | ) | 4:09CV3146 |
| Plaintiff, | ) | |
| v. | ) | |
| RICHARD T. SMITH, et al., | ) | |
| Defendants. | ) | |
| THOMAS W. WINSLOW, | ) | 4:09CV3147 |
| Plaintiff, | ) | |
| v. | ) | |
| RICHARD T. SMITH, et al., | ) | |
| Defendants. | ) | |
| ADA JOANN TAYLOR, | ) | 4:09CV3148 |
| Plaintiff, | ) | |
| v. | ) | |
| RICHARD T. SMITH, et al., | ) | |
| Defendants. | ) | |
| DEBRA SHELDEN, | ) | 4:11CV3099 |
| Plaintiff, | ) | |
| v. | ) | |
| COUNTY OF GAGE, NEBRASKA, et al., | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

Defendants appeal from a portion of an order that was entered by Magistrate Judge Cheryl R. Zwart on September 12, 2013 (filing 199). Defendants object to the order only

insofar as Judge Zwart overruled their objections to Plaintiffs' second set of requests for admissions and required them to admit or deny the requests within 10 days.[1]

Plaintiffs' second set of requests for admission generally concern the results of DNA testing that was performed in 2008. Defendants objected that the requests are not relevant to any claim or defense (concerning their alleged misconduct between 1985 and 1989) and are not reasonably calculated to lead to the discovery of admissible evidence.

After careful review conducted pursuant to 28 U.S.C. § 636(b)(1)(A), Fed. R. Civ. P. 72(a), and NECivR 72.2, I find that the challenged order is not clearly erroneous or contrary to law. Accordingly,

   IT IS ORDERED:

   1.   Defendants' statement of objections (filing 209) is denied.

   2.   The Magistrate Judge's order entered on September 12, 2013 (filing 199), is sustained and shall not be disturbed.

October 17, 2013.          BY THE COURT:

                           s/ Richard G. Kopf
                           Senior United States District Judge

---

[1] The response deadline subsequently was continued until 10 days following the disposition of this appeal. *See* text order entered on September 30, 2013 (filing 214).