IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES L. DEAN,<br>    Plaintiffs,<br> vs.<br>COUNTY OF GAGE, NEBRASKA, a Nebraska political subdivision, et. al;<br>    Defendants. | **4:9CV3144**<br><br>**MEMORANDUM AND ORDER** |
| CARROLL T. WHITE, as Personal Representative of the Estate of Joseph White, deceased;<br>    Plaintiffs,<br> vs.<br>COUNTY OF GAGE, NEBRASKA, a Nebraska political subdivision, et. al;<br>    Defendants. | **4:9CV3145** |
| KATHLEEN A. GONZALEZ,<br>    Plaintiff,<br> vs.<br>COUNTY OF GAGE, NEBRASKA, a Nebraska political subdivision, et. al;<br>    Defendants. | **4:9CV3146** |
| THOMAS W. WINSLOW,<br>    Plaintiff,<br> vs.<br>COUNTY OF GAGE, NEBRASKA, a Nebraska political subdivision, et. al;<br>    Defendants. | **4:9CV3147** |
| ADA JOANN TAYLOR,<br>    Plaintiff,<br> vs.<br>COUNTY OF GAGE, NEBRASKA, a Nebraska political subdivision, et. al;<br>    Defendants. | **4:9CV3148** |
| DEB SHELDEN,<br>    Plaintiff,<br> vs.<br>COUNTY OF GAGE, NEBRASKA, a Nebraska political subdivision, et. al;<br>    Defendants. | **4:11CV3099** |

Pursuant to Judge Kopf's memorandum and order dated February 5, 2013, (Filing No. 155, ¶ 7), the undersigned notified Judge Kopf that the pending discovery disputes and the plaintiffs' motion to continue were likely to substantially alter the progression schedule entered by Judge Kopf. Judges Kopf and Zwart met on this date to discuss the parties' pending motions.

Based on those discussions, to facilitate the prompt resolution of all pending motions and to promote the expeditious progression of this case to trial,

IT IS ORDERED that all pending motions in the above-captioned cases, including:

- Plaintiffs' motion to strike the defendants' expert disclosure,

- The State of Nebraska's motion to quash depositions, and related motion to file a supplemental brief; and

- Plaintiffs' motion to continue and request for a status conference,

will be handled by Judge Kopf and are no longer referred to Magistrate Judge Zwart for ruling.

October 30, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge