IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES L. DEAN, | ) | 4:09CV3144 |
|        Plaintiff, | ) | |
| v. | ) | |
| RICHARD T. SMITH, et al., | ) | |
|        Defendants. | ) | |
| LOIS P. WHITE, as Personal Representative of the Estate of Joseph White, deceased, | ) | 4:09CV3145 |
|        Plaintiff, | ) | |
| v. | ) | |
| COUNTY OF GAGE, NEBRASKA, et al., | ) | |
|        Defendants. | ) | |
| KATHLEEN A. GONZALEZ, | ) | 4:09CV3146 |
|        Plaintiff, | ) | |
| v. | ) | |
| RICHARD T. SMITH, et al., | ) | |
|        Defendants. | ) | |
| THOMAS W. WINSLOW, | ) | 4:09CV3147 |
|        Plaintiff, | ) | |
| v. | ) | |
| RICHARD T. SMITH, et al., | ) | |
|        Defendants. | ) | |
| ADA JOANN TAYLOR, | ) | 4:09CV3148 |
|        Plaintiff, | ) | |
| v. | ) | |
| RICHARD T. SMITH, et al., | ) | |
|        Defendants. | ) | |
| DEBRA SHELDEN, | ) | 4:11CV3099 |
|        Plaintiff, | ) | |
| v. | ) | |
| COUNTY OF GAGE, NEBRASKA, et al., | ) | |
|        Defendants. | ) | |

**ORDER**

IT IS ORDERED that Plaintiffs' joint motion to dismiss (filing 247 in Case No. 4:09CV3144) is granted, as follows:

Pursuant to Federal Rule of Civil Procedure 41(a), all claims alleged against Defendant Gerald Lamkin, in his official and individual capacities, are dismissed without prejudice, and said Defendant shall no longer be a party to any of the above-captioned actions.

December 2, 2013.	BY THE COURT:

	s/ *Richard G. Kopf*
	Senior United States District Judge