IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES L. DEAN,<br>   Plaintiff,<br> v.<br>RICHARD T. SMITH, et al.,<br>   Defendants. | 4:09CV3144 |
| LOIS P. WHITE, as Personal Representative of the Estate of Joseph White, deceased,<br>   Plaintiff,<br> v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>   Defendants. | 4:09CV3145 |
| KATHLEEN A. GONZALEZ,<br>   Plaintiff,<br> v.<br>RICHARD T. SMITH, et al.,<br>   Defendants. | 4:09CV3146 |
| THOMAS W. WINSLOW,<br>   Plaintiff,<br> v.<br>RICHARD T. SMITH, et al.,<br>   Defendants. | 4:09CV3147 |
| ADA JOANN TAYLOR,<br>   Plaintiff,<br> v.<br>RICHARD T. SMITH, et al.,<br>   Defendants. | 4:09CV3148 |
| DEBRA SHELDEN,<br>   Plaintiff,<br> v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>   Defendants. | 4:11CV3099 |

**ORDER**

  IT IS ORDERED that paragraph B.12, at page 3, of the Pretrial Conference Order (filing no. 289 in Case No. 4:09CV3144) is amended. The words "of guilty" are stricken

from the first sentence. In the first sentence, the words "'no contest'" are inserted in place of the words "of guilty." The Pretrial Conference Order (filing no. 289 in Case No. 4:09CV3144) is not otherwise amended.

December 19, 2013.            BY THE COURT:

                              s/ *Richard G. Kopf*
                              Senior United States District Judge