# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES L. DEAN,<br>       Plaintiff,<br>    v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>       Defendants. | 4:09CV3144 |
| LOIS P. WHITE, as Personal Representative of the Estate of Joseph White, deceased,<br>       Plaintiff,<br>    v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>       Defendants. | 4:09CV3145 |
| KATHLEEN A. GONZALEZ,<br>       Plaintiff,<br>    v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>       Defendants. | 4:09CV3146 |
| THOMAS W. WINSLOW,<br>       Plaintiff,<br>    v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>       Defendants. | 4:09CV3147 |
| ADA JOANN TAYLOR,<br>       Plaintiff,<br>    v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>       Defendants. | 4:09CV3148 |
| DEBRA SHELDEN,<br>       Plaintiff,<br>    v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>       Defendants. | 4:11CV3099 |

***ORDER ON JURY MATTERS***

This case is set for a jury trial to commence on January 6, 2014. To make the record clear regarding certain jury matters,

IT IS ORDERED THAT:

1. This case will tried to a 12-person jury with no alternates. However, if during trial one or more jurors become ill or otherwise unable to proceed, the remaining jurors will decide the case. *See* Federal Rule of Civil Procedure 48(a).

2. Pursuant to 28 U.S.C. § 1870, the plaintiffs shall be considered as a single party and the defendants shall be considered as a single party for purposes of jury selection. The plaintiffs shall be accorded six peremptory challenges and the defendants shall be accorded six peremptory challenges. The court will initially seat 24 prospective jurors.

3. Filed contemporaneously herewith are Preliminary Jury Instructions that the undersigned will give after jury selection but before opening statements. The jurors will be given a copy of the Preliminary Jury Instructions before they are read and each juror may keep a copy of the Preliminary Jury Instructions throughout the trial.

4. Counsel shall appear in my chambers at 10:00 A.M. on Monday, January 6, 2014. Jury selection shall commence at 10:30 A.M.

December 24, 2013.              BY THE COURT:

                                *s/Richard G. Kopf*
                                Senior United States District Judge