FILED
U. S. DISTRICT COURT
DISTRICT OF NEBRASKA
2014 JAN 30 PM 4:04

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES L. DEAN,<br>　　　　Plaintiff,<br>　v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>　　　　Defendants. | 4:09CV3144 |
| LOIS P. WHITE, as Personal<br>Representative of the Estate of<br>Joseph White, deceased,<br>　　　　Plaintiff,<br>　v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>　　　　Defendants. | 4:09CV3145 |
| KATHLEEN A. GONZALEZ,<br>　　　　Plaintiff,<br>　v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>　　　　Defendants. | 4:09CV3146 |
| THOMAS W. WINSLOW,<br>　　　　Plaintiff,<br>　v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>　　　　Defendants. | 4:09CV3147 |
| ADA JOANN TAYLOR,<br>　　　　Plaintiff,<br>　v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>　　　　Defendants. | 4:09CV3148 |
| DEBRA SHELDEN,<br>　　　　Plaintiff,<br>　v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>　　　　Defendants. | 4:11CV3099 |

**ORDER**

　　IT IS ORDERED that the jury's sixth question and jury's seventh question are not answered, as the court declared a mistrial after questioning the jury in relation to the jury's sixth question.

DATED this 30th day of January, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge