## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES L. DEAN, | ) | 4:09CV3144 |
| Plaintiff, | ) | |
| v. | ) | |
| RICHARD T. SMITH, et al., | ) | |
| Defendants. | ) | |
| LOIS P. WHITE, as Personal | ) | 4:09CV3145 |
| Representative of the Estate of | ) | |
| Joseph White, deceased, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| COUNTY OF GAGE, NEBRASKA, et al., | ) | |
| Defendants. | ) | |
| KATHLEEN A. GONZALEZ, | ) | 4:09CV3146 |
| Plaintiff, | ) | |
| v. | ) | |
| RICHARD T. SMITH, et al., | ) | |
| Defendants. | ) | |
| THOMAS W. WINSLOW, | ) | 4:09CV3147 |
| Plaintiff, | ) | |
| v. | ) | |
| RICHARD T. SMITH, et al., | ) | |
| Defendants. | ) | |
| ADA JOANN TAYLOR, | ) | 4:09CV3148 |
| Plaintiff, | ) | |
| v. | ) | |
| RICHARD T. SMITH, et al., | ) | |
| Defendants. | ) | |
| DEBRA SHELDEN, | ) | 4:11CV3099 |
| Plaintiff, | ) | |
| v. | ) | |
| COUNTY OF GAGE, NEBRASKA, et al., | ) | |
| Defendants. | ) | |

## ORDER

The court having conferred with counsel by telephone on February 12, 2014, and being duly advised in the premises, enters the following scheduling order.

IT IS ORDERED:

1.      Plaintiffs shall have until the close of business on Friday, February 21, 2014, to file a motion, together with a supporting brief, requesting the court to enter judgment in this matter pursuant to Federal Rule of Civil Procedure 54(b).

2.      Defendants shall have until the close of business on Friday, February 28, 2014, to file a responsive brief, at which time the matter will be deemed submitted.

3.      The question of resetting the trial of this matter will be deferred until further order of the court.

February 12, 2014.                     BY THE COURT:

                                       s/ *Richard G. Kopf*
                                       Senior United States District Judge