# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES L. DEAN,<br>        Plaintiff,<br>    v.<br>RICHARD T. SMITH, et al.,<br>        Defendants. | 4:09CV3144 |
| LOIS P. WHITE, as Personal Representative of the Estate of Joseph White, deceased,<br>        Plaintiff,<br>    v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>        Defendants. | 4:09CV3145 |
| KATHLEEN A. GONZALEZ,<br>        Plaintiff,<br>    v.<br>RICHARD T. SMITH, et al.,<br>        Defendants. | 4:09CV3146 |
| THOMAS W. WINSLOW,<br>        Plaintiff,<br>    v.<br>RICHARD T. SMITH, et al.,<br>        Defendants. | 4:09CV3147 |
| ADA JOANN TAYLOR,<br>        Plaintiff,<br>    v.<br>RICHARD T. SMITH, et al.,<br>        Defendants. | 4:09CV3148 |
| DEBRA SHELDEN,<br>        Plaintiff,<br>    v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>       Defendants. | 4:11CV3099 |

**ORDER**

IT IS ORDERED that Defendants' motion for judgment as a matter of law under Rule 50(b) (filing 393) and motion to extend time to file brief (filing 394) are both denied.

March 3, 2014.                    BY THE COURT:

                                                     s/ *Richard G. Kopf*
                                                     Senior United States District Judge