IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES DEAN,<br>　　　　　　　　　　　Plaintiff,<br>vs.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>　　　　　　　　　　　Defendants. | Case No. 4:09-cv-3144<br><br>**REQUEST TO FORWARD EXHIBITS AND TRIAL TRANSCRIPT TO UNITED STATES COURT OF APPEALS FOR THE 8TH CIRCUIT** |
| DEBRA SHELDEN,<br>　　　　　　　　　　　Plaintiff,<br>vs.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>　　　　　　　　　　　Defendants. | Case No. 4:11-cv-3099 |
| LOIS P. WHITE, as Personal Representative of the Estate of Joseph White, deceased,<br>　　　　　　　　　　　Plaintiff,<br>vs.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>　　　　　　　　　　　Defendants. | Case No. 4:09-cv-3145 |
| KATHLEEN A. GONZALEZ,<br>　　　　　　　　　　　Plaintiff,<br>vs.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>　　　　　　　　　　　Defendants. | Case No. 4:09-cv-3146 |
| THOMAS WINSLOW,<br>　　　　　　　　　　　Plaintiff,<br>vs.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>　　　　　　　　　　　Defendants. | Case No. 4:09-cv-3147 |
| ADA JOANN TAYLOR,<br>　　　　　　　　　　　Plaintiff,<br>vs.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>　　　　　　　　　　　Defendants. | Case No. 4:09-cv-3148 |

Plaintiffs/Appellants filed a Notice of Appeal in the above-captioned matter on March 26, 2014. Plaintiffs/Appellants hereby request that this Court forward to the United States Court of Appeals for the Eighth Circuit, for inclusion in the record, all exhibits marked and offered at the trial of this matter in January 2014, irrespective of whether such exhibits were received.

When received by this Court, Plaintiffs/Appellants furthermore request that this Court forward to the United States Court of Appeals for the Eighth Circuit, for inclusion in the record, the transcripts currently being transcribed by designated court reporter Julie Pell.

DEBRA SHELDEN, JAMES L. DEAN, LOIS P. WHITE, KATHLEEN A. GONZALEZ, THOMAS W. WINSLOW and ADA JOANN TAYLOR, Plaintiffs,

By:     /s/ *Maren Lynn Chaloupka*
Maren Lynn Chaloupka, NSBA # 20864
Chaloupka, Holyoke, Snyder, Chaloupka, Longoria & Kishiyama, P.C., L.L.O.
1714 Second Avenue
Post Office Box 2424
Scottsbluff, NE  69363-2424
Telephone:  (308) 635-5000
Facsimile:  (308) 635-8000
E-mail:  mlc@chhsclaw.net

-AND-

Matthew K. Kosmicki – NSBA # 21875
Brennan & Nielsen Law Offices, P.C.
140 North 8th Street #340
Lincoln, NE  68508
(402) 441-4848
mkosmicki@windstream.net

-AND-

Jeffry D. Patterson – NSBA # 20761
Bartle & Geier Law Firm
1141 "H" Street
Lincoln, NE  68508

(402) 476-2847
jeffpatterson@bartlegeierlaw.com

-AND-

Herbert J. Friedman – NSBA # 11390
Friedman Law Offices
3800 Normal Blvd. #200
Lincoln, NE 68506
(402) 476-1093
hfriedman@friedmanlaw.com

-AND-

Douglas J. Stratton – NSBA # 17807
200 West Benjamin Ave.
Norfolk, NE 68702
(402) 371-3100
stratton@inebraska.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing instrument has been sent via CM/ECF filing on this 18th day of July 2014, to the following:

Richard L. Boucher
Jennifer M. Tomka
Kim Sturzenegger
Boucher Law Firm
West Gate Bank Building
5555 South 27th Street, Suite A
Lincoln, NE  68512
rboucher@boucherlawfirm.com
jtomka@boucherlawfirm.com
ksturzenegger@boucherlawfirm.com

Patrick T. O'Brien
Butler, Galter, O'Brien & Boehm
811 South 13th Street
Lincoln, NE  68508
pto@neb.rr.com

/s/ Maren Lynn Chaloupka
_____