# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES L. DEAN, <br>     Plaintiff, <br> v. <br> COUNTY OF GAGE, NEBRASKA, et al., <br>     Defendants. | ) ) ) ) ) ) | 4:09CV3144 |
| LOIS P. WHITE, as Personal Representative of the Estate of Joseph White, deceased, <br>     Plaintiff, <br> v. <br> COUNTY OF GAGE, NEBRASKA, et al., <br>     Defendants. | ) ) ) ) ) ) ) ) ) | 4:09CV3145 |
| KATHLEEN A. GONZALEZ, <br>     Plaintiff, <br> v. <br> COUNTY OF GAGE, NEBRASKA, et al., <br>     Defendants. | ) ) ) ) ) ) | 4:09CV3146 |
| THOMAS W. WINSLOW, <br>     Plaintiff, <br> v. <br> COUNTY OF GAGE, NEBRASKA, et al., <br>     Defendants. | ) ) ) ) ) ) | 4:09CV3147 |
| ADA JOANN TAYLOR, <br>     Plaintiff, <br> v. <br> COUNTY OF GAGE, NEBRASKA, et al., <br>     Defendants. | ) ) ) ) ) ) | 4:09CV3148 |
| DEBRA SHELDEN, <br>     Plaintiff, <br> v. <br> COUNTY OF GAGE, NEBRASKA, et al., <br>     Defendants. | ) ) ) ) ) ) | 4:11CV3099 |

**ORDER**

IT IS ORDERED that Plaintiffs' motion in limine (Filing No. 507 in lead case) will be taken up when counsel meet with the undersigned in chambers at 10:00 a.m. on Monday, June 6, 2016.

June 2, 2016.                    BY THE COURT:

                                                         s/ *Richard G. Kopf*
                                                        Senior United States District Judge