# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES L. DEAN,<br>    Plaintiff,<br>v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>    Defendants. | 4:09CV3144 |
| LOIS P. WHITE, as Personal Representative of the Estate of Joseph White, deceased,<br>    Plaintiff,<br>v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>    Defendants. | 4:09CV3145 |
| KATHLEEN A. GONZALEZ,<br>    Plaintiff,<br>v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>    Defendants. | 4:09CV3146 |
| THOMAS W. WINSLOW,<br>    Plaintiff,<br>v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>    Defendants. | 4:09CV3147 |
| ADA JOANN TAYLOR,<br>    Plaintiff,<br>v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>    Defendants. | 4:09CV3148 |
| DEBRA SHELDEN,<br>    Plaintiff,<br>v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>    Defendants. | 4:11CV3099 |

**ORDER**

We select a jury in these complex cases on Monday. Because I believe the lawyers need to know my answer to Plaintiffs' Motion for Reconsideration Regarding Order on Motion in Limine (filing no. 514 in lead case) as soon as possible, I have spent considerable time and effort since the Motion was filed on May 31, 2015, considering the matter again. Having done so,

IT IS ORDERED that:

1. The Motion for Reconsideration Regarding Order on Motion in Limine (filing no. 514 in lead case) is granted.

2. Defendants' Motion in Limine (filing no. 502 in lead case) is denied in all respects.

June 2nd, 2016.                    BY THE COURT:

                                   s/ *Richard G. Kopf*
                                   Senior United States District Judge