# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES L. DEAN,<br>    Plaintiff,<br>v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>    Defendants. | ) ) ) ) ) ) | 4:09CV3144 |
| LOIS P. WHITE, as Personal Representative of the Estate of Joseph White, deceased,<br>    Plaintiff,<br>v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>    Defendants. | ) ) ) ) ) ) ) ) | 4:09CV3145 |
| KATHLEEN A. GONZALEZ,<br>    Plaintiff,<br>v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>    Defendants. | ) ) ) ) ) ) | 4:09CV3146 |
| THOMAS W. WINSLOW,<br>    Plaintiff,<br>v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>    Defendants. | ) ) ) ) ) ) | 4:09CV3147 |
| ADA JOANN TAYLOR,<br>    Plaintiff,<br>v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>    Defendants. | ) ) ) ) ) ) | 4:09CV3148 |
| DEBRA SHELDEN,<br>    Plaintiff,<br>v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>    Defendants. | ) ) ) ) ) ) | 4:11CV3099 |

**ORDER**

Yesterday, one of the lawyers for Defendants filed a Motion to Substitute Defendants' Exhibits from Last Trial with Redacted Versions of the Exhibits. I note that Defendants seek to redact "irrelevant" information as well as personal identifiers.

IT IS ORDERED that I defer ruling on the motion (filing no. 518) until counsel for Defendants and Plaintiffs have met and conferred as to each exhibit. After that, counsel should jointly advise me whether there is any disagreement.

June 3rd, 2016.				BY THE COURT:

						s/ *Richard G. Kopf*
						Senior United States District Judge