# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES L. DEAN,<br>    Plaintiff,<br>  v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>    Defendants. | 4:09CV3144 |
| LOIS P. WHITE, as Personal<br>Representative of the Estate of<br>Joseph White, deceased,<br>    Plaintiff,<br>  v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>    Defendants. | 4:09CV3145 |
| KATHLEEN A. GONZALEZ,<br>    Plaintiff,<br>  v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>    Defendants. | 4:09CV3146 |
| THOMAS W. WINSLOW,<br>    Plaintiff,<br>  v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>    Defendants. | 4:09CV3147 |
| ADA JOANN TAYLOR,<br>    Plaintiff,<br>  v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>    Defendants. | 4:09CV3148 |
| DEBRA SHELDEN,<br>    Plaintiff,<br>  v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>    Defendants. | 4:11CV3099 |

**ORDER**

IT IS ORDERED that Plaintiffs' motion in limine (Filing No. 507 in lead case) is granted in part and denied in part, as follows:

1.  Defendants are not precluded from calling Clifford Shelden as a witness, but shall not inquire into any items included in the motion in limine.

2.  Defendants shall not call Clifford Shelden knowing he intends to invoke the Fifth Amendment privilege until he is presented to the court outside the presence of the jury.

June 6, 2016.                     BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  Senior United States District Judge