# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES L. DEAN,<br>　　　　Plaintiff,<br>　v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>　　　　Defendants. | 4:09CV3144 |
| LOIS P. WHITE, as Personal<br>Representative of the Estate of<br>Joseph White, deceased,<br>　　　　Plaintiff,<br>　v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>　　　　Defendants. | 4:09CV3145 |
| KATHLEEN A. GONZALEZ,<br>　　　　Plaintiff,<br>　v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>　　　　Defendants. | 4:09CV3146 |
| THOMAS W. WINSLOW,<br>　　　　Plaintiff,<br>　v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>　　　　Defendants. | 4:09CV3147 |
| ADA JOANN TAYLOR,<br>　　　　Plaintiff,<br>　v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>　　　　Defendants. | 4:09CV3148 |
| DEBRA SHELDEN,<br>　　　　Plaintiff,<br>　v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>　　　　Defendants. | 4:11CV3099 |

**ORDER**

After a hearing on the record,

IT IS ORDERED that the defendants' motion for mistrial (filing no. 546) is denied without prejudice to a motion for a new trial.

July 1, 2016.   BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge