IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES L. DEAN, <br>     Plaintiff, <br> v. <br> COUNTY OF GAGE, NEBRASKA, et al., <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) | 4:09CV3144 |
| LOIS P. WHITE, as Personal <br> Representative of the Estate of <br> Joseph White, deceased, <br>     Plaintiff, <br> v. <br> COUNTY OF GAGE, NEBRASKA, et al., <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | 4:09CV3145 |
| KATHLEEN A. GONZALEZ, <br>     Plaintiff, <br> v. <br> COUNTY OF GAGE, NEBRASKA, et al., <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) | 4:09CV3146 |
| THOMAS W. WINSLOW, <br>     Plaintiff, <br> v. <br> COUNTY OF GAGE, NEBRASKA, et al., <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) | 4:09CV3147 |
| ADA JOANN TAYLOR, <br>     Plaintiff, <br> v. <br> COUNTY OF GAGE, NEBRASKA, et al., <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) | 4:09CV3148 |
| DEBRA SHELDEN, <br>     Plaintiff, <br> v. <br> COUNTY OF GAGE, NEBRASKA, et al., <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) | 4:11CV3099 |

**JUDGMENT**

Page 2 of Judgment
Case Nos. 4:09CV3144, 4:09CV3145, 4:09CV3146, 4:09CV3147, 4:09CV3148
and 4:11CV3099

**ON THE VERDICT OF THE JURY, JUDGMENT IS HEREBY ENTERED AS FOLLOWS TOGETHER WITH INTEREST AS ALLOWED BY LAW:**

### I. Plaintiff James Dean

### A. Individual Defendant Liability

### 1. "Reckless Investigation" Claim

On Plaintiff James Dean's "reckless investigation" claim against the individual Defendants, Judgment is entered in favor of:

a.   Plaintiff James Dean and against Defendant Burdette Searcey.

b.   Plaintiff James Dean and against Defendant Wayne Price.

c.   Defendant Jerry DeWitt and against Plaintiff James Dean.

### 2. "Manufactured False Evidence" Claim

On Plaintiff James Dean's "manufactured false evidence" claim against the individual Defendants, Judgment is entered in favor of:

a.   Defendant Burdette Searcey and against Plaintiff James Dean.

b.   Plaintiff James Dean and against Defendant Wayne Price.

c.   Defendant Jerry DeWitt and against Plaintiff James Dean.

### 3. "Conspiracy" Claim

On Plaintiff James Dean's "conspiracy" claim against the individual Defendants, Judgment is entered in favor of such Defendants.

Page 3 of Judgment
Case Nos. 4:09CV3144, 4:09CV3145, 4:09CV3146, 4:09CV3147, 4:09CV3148
and 4:11CV3099

### B. County Liability

On Plaintiff James Dean's claim against Defendant Gage County, Judgment is entered in favor of Plaintiff James Dean and against Defendant Gage County to the same extent as the individual Defendants.

### C. Damages

Judgment is entered in favor of Plaintiff James Dean for damages, jointly and severally, as follows: $2,190,000.

## II. Plaintiff Joseph White

### A. Individual Defendant Liability

#### 1. "Reckless Investigation" Claim

On Plaintiff Joseph White's "reckless investigation" claim against the individual Defendants, Judgment is entered in favor of:

a. Plaintiff Joseph White and against Defendant Burdette Searcey.

b. Defendant Wayne Price and against Plaintiff Joseph White.

c. Defendant Jerry DeWitt and against Plaintiff Joseph White.

#### 2. "Manufactured False Evidence" Claim

On Plaintiff Joseph White's "manufactured false evidence" claim against the individual Defendants, Judgment is entered in favor of:

a. Plaintiff Joseph White and against Defendant Burdette Searcey.

b. Plaintiff Joseph White and against Defendant Wayne Price.

Page 4 of Judgment
Case Nos. 4:09CV3144, 4:09CV3145, 4:09CV3146, 4:09CV3147, 4:09CV3148 and 4:11CV3099

c. Defendant Jerry DeWitt and against Plaintiff Joseph White.

### 3. "Conspiracy" Claim

On Plaintiff Joseph White's "conspiracy" claim against the individual Defendants, Judgment is entered in favor of such Defendants.

### B. County Liability

On Plaintiff Joseph White's claim against Defendant Gage County, Judgment is entered in favor of Plaintiff Joseph White and against Defendant Gage County to the same extent as the individual Defendants.

### C. Damages

Judgment is entered in favor of Plaintiff Joseph White for damages, jointly and severally, as follows: $7,300,000.

### III. Plaintiff Kathleen Gonzalez

### A. Individual Defendant Liability

### 1. "Reckless Investigation" Claim

On Plaintiff Kathleen Gonzalez's "reckless investigation" claim against the individual Defendants, Judgment is entered in favor of:

a. Plaintiff Kathleen Gonzalez and against Defendant Burdette Searcey.

b. Defendant Wayne Price and against Plaintiff Kathleen Gonzalez.

c. Defendant Jerry DeWitt and against Plaintiff Kathleen Gonzalez.

Page 5 of Judgment
Case Nos. 4:09CV3144, 4:09CV3145, 4:09CV3146, 4:09CV3147, 4:09CV3148
and 4:11CV3099

### 2. "Manufactured False Evidence" Claim

On Plaintiff Kathleen Gonzalez's "manufactured false evidence" claim against the individual Defendants, Judgment is entered in favor of:

a.  Plaintiff Kathleen Gonzalez and against Defendant Burdette Searcey.

b.  Plaintiff Kathleen Gonzalez and against Defendant Wayne Price.

c.  Defendant Jerry DeWitt and against Plaintiff Kathleen Gonzalez.

### 3. "Conspiracy" Claim

On Plaintiff Kathleen Gonzalez's "conspiracy" claim against the individual Defendants, Judgment is entered in favor of such Defendants.

### B. County Liability

On Plaintiff Kathleen Gonzalez's claim against Defendant Gage County, Judgment is entered in favor of Plaintiff Kathleen Gonzalez and against Defendant Gage County to the same extent as the individual Defendants.

### C. Damages

Judgment is entered in favor of Plaintiff Kathleen Gonzales for damages, jointly and severally, as follows: $2,190,000.

### IV. Plaintiff Thomas Winslow

### A. Individual Defendant Liability

### 1. "Reckless Investigation" Claim

On Plaintiff Thomas Winslow's "reckless investigation" claim against the individual Defendants, Judgment is entered in favor of:

Page 6 of Judgment
Case Nos. 4:09CV3144, 4:09CV3145, 4:09CV3146, 4:09CV3147, 4:09CV3148 and 4:11CV3099

a. Plaintiff Thomas Winslow and against Defendant Burdette Searcey.

b. Defendant Wayne Price and against Plaintiff Thomas Winslow.

c. Defendant Jerry DeWitt and against Plaintiff Thomas Winslow.

### 2. "Manufactured False Evidence" Claim

On Plaintiff Thomas Winslow's "manufactured false evidence" claim against the individual Defendants, Judgment is entered in favor of:

a. Plaintiff Thomas Winslow and against Defendant Burdette Searcey.

b. Defendant Wayne Price and against Plaintiff Thomas Winslow.

c. Defendant Jerry DeWitt and against Plaintiff Thomas Winslow.

### 3. "Conspiracy" Claim

On Plaintiff Thomas Winslow's "conspiracy" claim against the individual Defendants, Judgment is entered in favor of all such Defendants.

### B. County Liability

On Plaintiff Thomas Winslow's claim against Defendant Gage County, Judgment is entered in favor of Plaintiff Thomas Winslow and against Defendant Gage County to the same extent as the individual Defendants.

### C. Damages

Judgment is entered in favor of Plaintiff Thomas Winslow for damages, jointly and severally, as follows: $7,300,000.

Page 7 of Judgment
Case Nos. 4:09CV3144, 4:09CV3145, 4:09CV3146, 4:09CV3147, 4:09CV3148 and 4:11CV3099

## V. Plaintiff Ada JoAnn Taylor

### A. Individual Defendant Liability

### 1. "Reckless Investigation" Claim

On Plaintiff Ada JoAnn Taylor's "reckless investigation" claim against the individual Defendants, Judgment is entered in favor of:

a. Plaintiff Ada JoAnn Taylor and against Defendant Burdette Searcey.

b. Plaintiff Ada JoAnn Taylor and against Defendant Wayne Price.

c. Defendant Jerry DeWitt and against Plaintiff Ada JoAnn Taylor.

### 2. "Manufactured False Evidence" Claim

On Plaintiff Ada JoAnn Taylor's "manufactured false evidence" claim against the individual Defendants, Judgment is entered in favor of:

a. Plaintiff Ada JoAnn Taylor and against Defendant Burdette Searcey.

b. Defendant Wayne Price and against Plaintiff Ada JoAnn Taylor.

c. Defendant Jerry DeWitt and against Plaintiff Ada JoAnn Taylor.

### 3. "Conspiracy" Claim

On Plaintiff Ada JoAnn Taylor's "conspiracy" claim against the individual Defendants, Judgment is entered in favor of all such Defendants.

Page 8 of Judgment
Case Nos. 4:09CV3144, 4:09CV3145, 4:09CV3146, 4:09CV3147, 4:09CV3148 and 4:11CV3099

### B. County Liability

On Plaintiff Ada JoAnn Taylor's claim against Defendant Gage County, Judgment is entered in favor of Plaintiff Ada JoAnn Taylor and against Defendant Gage County to the same extent as the individual Defendants.

### C. Damages

Judgment is entered in favor of Plaintiff Ada JoAnn Taylor for damages, jointly and severally, as follows: $7,300,000.

## VI. Plaintiff Debra Shelden

### A. Individual Defendant Liability

#### 1. "Reckless Investigation" Claim

On Plaintiff Debra Shelden's "reckless investigation" claim against the individual Defendants, Judgment is entered in favor of:

a.   Plaintiff Debra Shelden and against Defendant Burdette Searcey.

b.   Plaintiff Debra Shelden and against Defendant Wayne Price.

c.   Defendant Jerry DeWitt and against Plaintiff Debra Shelden.

#### 2. "Manufactured False Evidence" Claim

On Plaintiff Debra Shelden's "manufactured false evidence" claim against the individual Defendants, Judgment is entered in favor of:

a.   Defendant Burdette Searcey and against Plaintiff Debra Shelden.

b.   Plaintiff Debra Shelden and against Defendant Wayne Price.

Page 9 of Judgment
Case Nos. 4:09CV3144, 4:09CV3145, 4:09CV3146, 4:09CV3147, 4:09CV3148
and 4:11CV3099

c. Defendant Jerry DeWitt and against Plaintiff Debra Shelden.

### 3. "Conspiracy" Claim

On Plaintiff Debra Shelden's "conspiracy" claim against the individual Defendants, Judgment is entered in favor of all such Defendants.

### B. County Liability

On Plaintiff Debra Shelden's claim against Defendant Gage County, Judgment is entered in favor of Plaintiff Debra Shelden and against Defendant Gage County to the same extent as the individual Defendants.

### C. Damages

Judgment is entered in favor of Plaintiff Debra Sheldon for damages, jointly and severally, as follows: $1,825,000.

July 6, 2016.            BY THE COURT:

                         s/ *Richard G. Kopf*
                         Senior United States District Court