IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES L. DEAN,<br>          Plaintiff,<br>    v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>          Defendants. | 4:09CV3144 |
| LOIS P. WHITE, as Personal<br>Representative of the Estate of<br>Joseph White, deceased,<br>          Plaintiff,<br>    v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>          Defendants. | 4:09CV3145 |
| KATHLEEN A. GONZALEZ,<br>          Plaintiff,<br>    v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>         Defendants. | 4:09CV3146 |
| THOMAS W. WINSLOW,<br>          Plaintiff,<br>    v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>         Defendants. | 4:09CV3147 |
| ADA JOANN TAYLOR,<br>          Plaintiff,<br>    v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>         Defendants. | 4:09CV3148 |
| DEBRA SHELDEN,<br>          Plaintiff,<br>    v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>         Defendants. | 4:11CV3099 |

**ORDER RE: ATTORNEY FEES AND NONTAXABLE COSTS**

The jury has rendered a verdict.  Plaintiffs are the prevailing parties. Judgment has been entered.

Accordingly,  pursuant to the applicable statute and NECivR 54.3 and NECivR 54.4,

IT IS ORDERED that:

1. Plaintiffs may file an application for attorney fees and nontaxable costs with supporting documentation and a brief on or before 6:00 P.M. (Central Time) July 21, 2016.

2. Defendants may respond with supporting documentation and a brief on or before 6:00 P.M. (Central Time) August 4, 2016.

3. Plaintiffs may reply to Defendants' submission on or before 6:00 P.M. (Central Time) August 11, 2016.

July 6, 2016.                              BY THE COURT:

                                           s/ *Richard G. Kopf*
                                           Senior United States District Judge