IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES L. DEAN,<br>        Plaintiff,<br>  v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>        Defendants. | ) ) ) ) ) ) | 4:09CV3144 |
| LOIS P. WHITE, as Personal Representative of the Estate of Joseph White, deceased,<br>        Plaintiff,<br>  v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>        Defendants. | ) ) ) ) ) ) ) ) ) | 4:09CV3145 |
| KATHLEEN A. GONZALEZ,<br>        Plaintiff,<br>  v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>        Defendants. | ) ) ) ) ) ) | 4:09CV3146 |
| THOMAS W. WINSLOW,<br>        Plaintiff,<br>  v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>        Defendants. | ) ) ) ) ) ) | 4:09CV3147 |
| ADA JOANN TAYLOR,<br>        Plaintiff,<br>  v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>        Defendants. | ) ) ) ) ) ) | 4:09CV3148 |
| DEBRA SHELDEN,<br>        Plaintiff,<br>  v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>        Defendants. | ) ) ) ) ) ) | 4:11CV3099 |

**ORDER REDUCING LENGTH OF REPRIMAND
AND THEN EXPUNGING IT**

I formally reprimanded Maren L. Chaloupka for her conduct during her portion of the closing argument in chief of the Plaintiffs. On my own initiative, and without request by anyone, I have now reconsidered that reprimand. Upon such reconsideration, I have determined that the reprimand should not stand as a permanent stain on Ms. Chaloupka's otherwise excellent standing as a lawyer. Therefore,

IT IS ORDERED that the reprimand shall expire and is herewith expunged on *July 8, 2017* unless I subsequently order otherwise.

July 8, 2016.               BY THE COURT:

                            s/ *Richard G. Kopf*
                            Senior United States District Judge