# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES L. DEAN, | ) | 4:09CV3144 |
|     Plaintiff, | ) | |
| v. | ) | |
| COUNTY OF GAGE, NEBRASKA, et al., | ) | |
|     Defendants. | ) | |
| LOIS P. WHITE, as Personal Representative of the Estate of Joseph White, deceased, | ) ) ) | 4:09CV3145 |
|     Plaintiff, | ) | |
| v. | ) | |
| COUNTY OF GAGE, NEBRASKA, et al., | ) | |
|     Defendants. | ) | |
| KATHLEEN A. GONZALEZ, | ) | 4:09CV3146 |
|     Plaintiff, | ) | |
| v. | ) | |
| COUNTY OF GAGE, NEBRASKA, et al., | ) | |
|     Defendants. | ) | |
| THOMAS W. WINSLOW, | ) | 4:09CV3147 |
|     Plaintiff, | ) | |
| v. | ) | |
| COUNTY OF GAGE, NEBRASKA, et al., | ) | |
|     Defendants. | ) | |
| ADA JOANN TAYLOR, | ) | 4:09CV3148 |
|     Plaintiff, | ) | |
| v. | ) | |
| COUNTY OF GAGE, NEBRASKA, et al., | ) | |
|     Defendants. | ) | |
| DEBRA SHELDEN, | ) | 4:11CV3099 |
|     Plaintiff, | ) | |
| v. | ) | |
| COUNTY OF GAGE, NEBRASKA, et al., | ) | |
|     Defendants. | ) | |

**ORDER**

IT IS ORDERED that Defendants' motion for extension of time (Filing No. 580 in lead case) is granted, as follows:

1. Defendants shall have until August 18, 2016, to respond to Plaintiffs' motion for attorney fees and expenses (Filing No. 565 in lead case).

2. Plaintiffs shall have until August 25, 2016, to reply.

July 28, 2016.                    BY THE COURT:

                                      s/ *Richard G. Kopf*
                                      Senior United States District Judge