# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES L. DEAN, | ) | 4:09CV3144 |
|     Plaintiff, | ) | |
|   v. | ) | ORDER GRANTING |
| RICHARD T. SMITH, et al., | ) | PERMISSION TO RESTRICT |
|     Defendants. | ) | DOCUMENT |
| _____ | ) | |
| LOIS P. WHITE, as Personal | ) | 4:09CV3145 |
| Representative of the Estate of | ) | |
| Joseph White, deceased, | ) | |
|     Plaintiff, | ) | |
|   v. | ) | |
| COUNTY OF GAGE, NEBRASKA, et al., | ) | |
|     Defendants. | ) | |
| _____ | ) | |
| KATHLEEN A. GONZALEZ, | ) | 4:09CV3146 |
|     Plaintiff, | ) | |
|   v. | ) | |
| RICHARD T. SMITH, et al., | ) | |
|     Defendants. | ) | |
| _____ | ) | |
| THOMAS W. WINSLOW, | ) | 4:09CV3147 |
|     Plaintiff, | ) | |
|   v. | ) | |
| RICHARD T. SMITH, et al., | ) | |
|     Defendants. | ) | |
| _____ | ) | |
| ADA JOANN TAYLOR, | ) | 4:09CV3148 |
|     Plaintiff, | ) | |
|   v. | ) | |
| RICHARD T. SMITH, et al., | ) | |
|     Defendants. | ) | |
| _____ | ) | |
| DEBRA SHELDEN, | ) | 4:11CV3099 |
|     Plaintiff, | ) | |
|   v. | ) | |
| COUNTY OF GAGE, NEBRASKA, et al., | ) | |
|     Defendants. | ) | |
| _____ | ) | |

This matter comes before the Court on the Defendants' Motion for Permission to Seal

Document pursuant to NECivR 7.5(a) (Filing 588.)

The Court, being fully advised in the premises, finds and orders as follows:

IT IS HEREBY ORDERED that Filing 588 is granted in part, and Exhibit 4 contained within Defendants' Index of Evidence in support of their Motion for New Trial (Filing 587) is hereby deemed "restricted" and access is restricted to the Court and the parties to this action including counsel of record.

Dated this 4th day of August, 2016.

BY THE COURT:

*Richard G. Kopf*
_____
Richard G. Kopf, United States District Court Judge