IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES L. DEAN, | ) | 4:09CV3144 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| COUNTY OF GAGE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

   IT IS ORDERED that, upon payment of the appropriate fees, the request filed by non-party Flood Communications of Beatrice, LLC, for a complete trial transcript and an audio recording of closing arguments (Filing No. 604), is granted.

   DATED this 29th day of August, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge