# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES L. DEAN,<br>　　　　Plaintiff,<br>　v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>　　　　Defendants. | )<br>)<br>)<br>)<br>) | 4:09CV3144 |
| LOIS P. WHITE, as Personal<br>Representative of the Estate of<br>Joseph White, deceased,<br>　　　　Plaintiff,<br>　v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) | 4:09CV3145 |
| KATHLEEN A. GONZALEZ,<br>　　　　Plaintiff,<br>　v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>　　　　Defendants. | )<br>)<br>)<br>)<br>) | 4:09CV3146 |
| THOMAS W. WINSLOW,<br>　　　　Plaintiff,<br>　v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>　　　　Defendants. | )<br>)<br>)<br>)<br>) | 4:09CV3147 |
| ADA JOANN TAYLOR,<br>　　　　Plaintiff,<br>　v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>　　　　Defendants. | )<br>)<br>)<br>)<br>) | 4:09CV3148 |
| DEBRA SHELDEN,<br>　　　　Plaintiff,<br>　v.<br>COUNTY OF GAGE, NEBRASKA, et al.,<br>　　　　Defendants. | )<br>)<br>)<br>)<br>) | 4:11CV3099 |

**ORDER**

Upon consideration of Defendants' "Motion for Interim Stay of Enforcement and for Interim Stay of Discovery until the Eighth Circuit Court of Appeals Resolves Defendants' Pending Motion to Stay Enforcement" (Filing No. 656 in Case No. 4:09CV3144; Filing No. 657 in Case No. 4:09CV3145; Filing No. 644 in Case No. 4:09CV3146; Filing No. 645 in Case No. 4:09CV3147; Filing No. 642 in Case No. 4:09CV3148; Filing No. 510 in Case No. 4:11CV3099),

IT IS ORDERED that defense counsel shall prepare and file with this court the affidavits of Wayne R. Price and Burdette Searcey attesting that they will not sell, assign, transfer, convey, mortgage, or otherwise dispose of or encumber any interest in real or personal property without prior leave of this court. Until such affidavits are on file, the court will not rule on Defendant's motion for an interim stay.

November 16, 2016.   BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge