IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JAMES A. DEAN, et al., | 4:09CV3144 |
| Plaintiffs, | 4:09CV3145 |
| | 4:09CV3146 |
| vs. | 4:09CV3147 |
| | 4:09CV3148 |
| COUNTY OF GAGE, NEBRASKA, et al. | 4:11CV3099 |
| Defendants. | **TAXATION OF COSTS** |

This matter is before the taxation clerk on Plaintiffs James A. Dean, et al., (Plaintiffs") Bill of Costs (Filing No. 698 in case 4:09CV3144) seeking $3,056.70 in taxable costs from Defendants County of Gage, Nebraska, et al., ("Defendants"). Defendants objected (Filing No. 706 in case 4:09CV3144) to the Bill of Costs. Plaintiffs filed a Brief in Reply to Defendants' Objection (Filing No. 709 in case 4:09CV3144). In accordance with the Bill of Costs Handbook ("Handbook"), the Bill of Costs is denied.

Pursuant to the Handbook, within seven days after the clerk taxes costs, a party may file a motion for review of the clerk's taxation. Unless otherwise ordered by the presiding judge, any motion requesting a review of the clerk's taxation and any accompanying brief, supporting evidence, and any response shall be filed in accordance with NECivR 7.1.

Dated this 24th day of August, 2018.

OFFICE OF THE CLERK:

*s/ Jennifer Stone*
Deputy Clerk