IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| James L. Dean<br><br>        Plaintiff,<br><br>vs.<br><br>Gage County, Nebraska, et al<br><br>        Defendants. | Case No. 4:09CV3144<br><br>ORDER |

    Before the Court is the request for production of a CD of hearings held on 1/7/14, [315]; 1/8/14, [319]; 1/9/14, [322]; 1/10/14, [325]; 1/14/14, [332-333]; 1/15/14, [335]; 1/16/14, [338-339]; 1/17/14, [343]; 1/22/14, [349]; 1/23/14, [350]; 1/24/14, [352] (Stricken) and [446]; 1/27/14, [441]; and 1/29/14, [360].

    IT IS ORDERED:

1. The request for production of a CD, filing [744] is granted.

2. Alessandro Santoro is advised that the cost of the CD is $512 ($32 per hearing requested). To proceed with this request, payment should be sent to the Clerk of Court.

3. Upon receipt of the payment, the Clerk of Court is ordered to prepare a CD of the hearings requested and mail the CD to the requestor. A copy of this order should also be mailed to Alessandro Santoro.

    DATED: December 10, 2020

                                                  BY THE COURT:

                                                  s/ Richard G. Kopf
                                                  United States District Judge